tion of the building at issue where plaintiff fell (*see Rousseau v Gugliuzza*, 285 AD2d 993, 993; *Davison v Wiggand*, 259 AD2d 799, 801, *lv denied* 94 NY2d 751). Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of ACADEMY HOUSING ASSOCIATES, Appellant, v CITY ASSESSOR OF CITY OF WATERTOWN et al., Respondents. (Proceeding No. 1.) In the Matter of ACADEMY HOUSING ASSOCIATES, Appellant, v CITY ASSESSOR OF CITY OF WATERTOWN et al., Respondents. (Proceeding No. 2.) (Appeal No. 1.) [748 NYS2d 127] —Appeals from an order of Supreme Court, Jefferson County (Gilbert, J.), entered April 12, 2001, which denied petitioner's motion for leave to file a new appraisal report.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of CLAYTON HOUSING ASSOCIATES, Appellant, v TOWN ASSESSOR OF TOWN OF CLAYTON et al., Respondents. (Proceeding No. 1.) In the Matter of CLAYTON HOUSING ASSOCIATES, Appellant, v TOWN ASSESSOR OF TOWN OF CLAYTON et al., Respondents. (Proceeding No. 2.) (Appeal No. 2.) [748 NYS2d 127] —Appeals from an order of Supreme Court, Jefferson County (Gilbert, J.), entered April 12, 2001, which denied petitioner's motion for leave to file a new appraisal report.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of COPENHAGEN HOUSING ASSOCIATES, Appellant, v TOWN ASSESSOR OF TOWN OF DENMARK et al., Respondents. (Proceeding No. 1.) In the Matter of COPENHAGEN HOUSING ASSOCIATES, Appellant, v TOWN ASSESSOR OF TOWN OF DENMARK et al., Respondents. (Proceeding No. 2.) (Appeal No. 3.) [748 NYS2d 127] —Appeals from an order of Supreme Court, Jefferson County (Gilbert, J.), entered April 12, 2001, which denied petitioner's motion for leave to file a new appraisal report.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for